PEOPLE, PLAINTIFF AND APPELLEE, v. BERRÍOS, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Ponce in a Prosecution for Violation of the Civil Service Law.

No. 1118.—Decided July 9, 1917.

Decided on the grounds of the opinion delivered in Case No. 1084, *People* v. *Wys, ante.*

*Messrs. Rafael Martínez Nadal, Manuel F. Rossy* and *Juan Bautista Soto* for appellant.

*Messrs. Howard L. Kern,* Attorney General, and *Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

Although the appellant did not demur to the information in the lower court, nevertheless in arguing his appeal he alleges in the first place that the information is insufficient to support the judgment of conviction entered against him because it does not state facts constituting a crime.

In the case of *People* v. *Wys,* decided today, we have considered carefully an information similar to the one under which the appellant was convicted and following the reasonings set out in the opinion delivered in that case, we are forced to the conclusion that the information against Aniceto Berríos did not charge any crime.

*Reversed.*

Chief Justice Hernández and Justice Wolf concurred.
Justices del Toro and Hutchison dissented.

DISSENTING OPINION OF MR. JUSTICE DEL TORO.

The defendant was convicted by the District Court of Ponce of violating section 14 of the Civil Service Act (sec. 313 of the Rev. Stats. of Porto Rico, Comp. of 1911). He appealed and the majority of the justices of this court held that the judgment appealed from should be reversed, following the principles established in the opinion in the case of

*People* v. *Wys,* decided July 9, 1917. I cannot concur. I have stated at some length my reasons therefor in my dissenting opinion in the said case of *People* v. *Wys,* and I need only refer thereto as grounds for my dissent.